FILED
Oct 06 2022
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN THE MATTER OF | Case No.  C22-80260MISC JD |
|---|---|
| Kenny Norman Giffard, State Bar 101727 | **ORDER TO SHOW CAUSE RE SUSPENSION FROM MEMBERSHIP IN GOOD STANDING OF THE BAR OF THE COURT** |

TO:  Kenny Norman Giffard

The State Bar of California has notified the United States District Court for the Northern District of California that, effective August 14, 2022, you have become ineligible to practice law in the State of California following disciplinary action. Under this Court's Civil Local Rule 11-7, this status change may render you ineligible for continued active membership in the bar of the Northern District of California.

Effective the date of this order, your membership in the bar of this Court is **suspended on an interim basis** pursuant to Civil Local Rule 11-7(b)(1). **On or before November 17, 2022,** you may file a response to this Order meeting the requirements of Civil Local Rule 11-7(b)(2), which may be viewed on the Court's website at cand.uscourts.gov. If you fail to file a timely and adequate response to this Order, you will be suspended from membership without further notice.

If you are disbarred, suspended or placed on disciplinary probation by this Court and are later restored to active membership in the State Bar of California, you may apply for reinstatement pursuant to Civil Local Rule 11-7(b)(3). The Clerk shall close this file on or after November 17, 2022 absent further order of this Court.

**IT IS SO ORDERED**.

Dated:  October 6, 2022

_____
JAMES DONATO
United States District Judge

*Attorney-discipline_OSC_CSA*
*rev. 11-18*